Date signed October 04, 2011



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ROBERT Z. BLOCH | : | Case No. 11-10175PM |
| | : | Chapter 7 |
| Debtor | : | |
| -------------------------------- | : | |
| ROBERT Z. BLOCH | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| DAMASCUS COMMUNITY BANK | : | |
| Respondent | : | |
| -------------------------------- | : | |

**MEMORANDUM OF DECISION**

      This case is before the court on the Debtor's unopposed Motion to avoid the judicial lien of Damascus Community Bank on Debtor's residence at 211 Jersey Lane, Rockville, Maryland, 20850. While the Bank's claim is listed as a joint obligation on Debtor's Schedule D, no co-debtor on any obligation is shown on Schedule H. Debtor is said to own the property as a tenant by the entirety with his wife. The judgment lien sought to be avoided, the underlying debt already having been discharged, was entered against both the Debtor and his non-filing spouse.

      An appropriate order will be entered avoiding the lien as to Debtor's interest in the subject real property.

cc:
Jerry W. Hyatt, Esq., 316 East Diamond Avenue, Gaithersburg MD 20877
Daniel M. Press, 6718 Whittier Avenue, #200, McLean VA 22101

Robert Z. Bloch, 211 Jersey Lane, Rockville, MD 20850
Cynthia B. Cervenka, President, Damascus Community Bank,
    26500 Ridge Road, Damascus MD 20872

**End of Memorandum**